1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| 11  ANDREW HARBUT, on behalf of himself and all others similarly situated, | CASE NO. EDCV12-1983 TJH (OPx) |
|---|---|
| 12  Plaintiffs, | [*Assigned for all Purposes to: The Hon. Terry J. Hatter – Dept 17*] |
| 13 | |
| 14  vs. | [~~PROPOSED~~] **ORDER ON STIPULATION AND PROTECTIVE ORDER** |
| 15  MONAVIE, INC.; MONAVIE LLC; and JUICEY ACAI, LLC, | |
| 16  Defendants. | |
| 17 | |
| 18 | Action Filed: November 13, 2012 |

19
20
21
22
23
24
25
26
27
28

LEWIS
BRISBOIS

4822-3371-3688.1

[PROPOSED] ORDER

1     WHEREAS, the Parties have filed a Stipulation and [Proposed] Protective

2  Order (the "Protective Order") and have requested the Court to approve and enter

3  the Protected Order as an order of this Court.  For good cause shown, **IT IS**

4  **HEREBY ORDERED THAT:**

5

6  The Protective Order is hereby approved and entered as an order of this Court.

7   Any underseal filings shall comply with Local Rule 79.5 OP

8  **IT IS SO ORDERED.**

9

10

11

12  Dated:  February 21, 2014          _____

13                                     Honorable Oswald Parada
                                       United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LEWIS
BRISBOIS**

4822-3371-3688.1

2

[PROPOSED] ORDER