IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ADAM PARKER and ANDREW HARBUT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MONAVIE, INC. and MONAVIE, LLC,<br><br>Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br>Case No. 2:17-cv-00764-DN-DBP<br><br>District Judge David Nuffer |

Based on the parties' Joint Stipulation for Dismissal With Prejudice ("Stipulation"),[1] and good cause appearing therefor,

IT IS HEREBY ORDERED that the parties' Stipulation[2] is GRANTED. Plaintiffs' First Amended Class Action Complaint[3] and this action are DISMISSED with prejudice.

The Clerk is directed to close the case.

Signed October 1, 2019.

BY THE COURT

_David Nuffer_
David Nuffer
United States District Judge

---

[1] Docket no. 193, filed Sept. 30, 2019.

[2] *Id*.

[3] Docket no. 18, filed Feb. 26 2013. Plaintiff Adam Parker dropped out of this action with the filing of the First Amended Class Action Complaint. *Id*. Plaintiff Andrew Harbut twice sought and was denied class certification. Order, docket no. 67, filed Apr. 14, 2015; Order, docket no. 84, filed Aug. 18, 2015. Mr. Harbut also twice sought and was denied leave to file a third motion for class certification. Order, docket no. 122, filed Mar. 8, 2017; Memorandum Decision and Order on Order to Show Cause, docket no. 178, filed May 24, 2019. No class will be certified in this case. Memorandum Decision and Order on Order to Show Cause at 8-10. Therefore, this action is limited to Mr. Harbut's individual claims. *Id* at 5, 9-10. It is not necessary or required under FED. R. CIV. P. 23(e) to give notice of the parties' Stipulation and proposed dismissal with prejudice to potential class members.